# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JASON B. JOHNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:18-cv-00064 |
| ) | Judge Trauger |
| JEFF LONG, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On October 26, 2018, the magistrate judge issued a Report and Recommendation (DE #21), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion for Summary Judgment (Docket No. 15) is GRANTED, and this case is DISMISSED with prejudice. Any appeal from this ruling will not be certified as taken in good faith.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 13th day of November 2018.

_____
ALETA A. TRAUGER
U.S. District Judge